[No. 31830-0-II.  Division Two.  March 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE KEITH JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00172-4, Ronald E. Culpepper, J., entered July 27, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ. Now published at 132 Wn. App. 400.

[No. 31845-8-II.  Division Two.  March 7, 2006.]

COHERENT HOLDINGS, L.L.C., *Appellant*, v. STEVEN M. MONTALVO, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-05812-8, Vicki L. Hogan, J., entered June 9, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 32149-1-II.  Division Two.  March 7, 2006.]

DONALD T. ZILMER ET AL., *Respondents*, v. VINCE MILLER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 01-2-00037-2, Joel M. Penoyar, J., entered August 19, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.